IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20559
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FLOYD COLEMAN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-90-CR-303-2
- - - - - - - - - -

April 19, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Floyd Coleman, federal prisoner #54809-079, appeals the

district court's denial of his 18 U.S.C. § 3582(c) motion to

modify sentence. Although we apply less stringent standards to

parties proceeding *pro se* than to parties represented by counsel

and liberally construe the briefs of *pro se* litigants, *pro se*

parties must still brief the issues and reasonably comply with

the requirements of Fed. R. App. P. 28. *Grant v. Cuellar*, 59

F.3d 523, 524 (5th Cir. 1995). Because Coleman does not address

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the district court's dismissal of his § 3582(c) motion, he has abandoned the only issue on appeal. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); *see Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993).

Coleman's appeal is without arguable merit and is frivolous. *See Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is dismissed. *See* 5TH CIR. R. 42.2. We caution Coleman that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Coleman should review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED AS FRIVOLOUS; SANCTION WARNING ISSUED.